**NOTE: CHANGES MADE BY COURT**

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

RASHA SAIED MAHMOUD HESSIEN, ET AL.,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Defendants.

Case No. 8:26-cv-02102-FWS-ADS

**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [18]**

Honorable Fred W. Slaughter
United States District Judge

///

///

///

Having read and considered the Parties' Joint Stipulation to Stay Case Pending Adjudication of Application [18] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The instant action is **STAYED** until **February 26, 2027**; and
2. If this action has not been dismissed on or before February 26, 2027, the parties shall **FILE** a joint status report with the court on or before **March 5, 2027**.

**IT IS SO ORDERED**.

Dated: September 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE